THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. BERGMAN,

Appellant.*— Judgment of conviction reversed upon the law and a new trial granted, because of error in the reception of People's Exhibit 4, in the absence of proof that it contained a statement of *all* the insured property (*People* v. *Kelly,* 11 App. Div. 495; appeal dismissed, 153 N. Y. 651), in the refusal at folios 544 to 546 to unequivocally charge as requested, that Exhibit 4 was no evidence of over-insurance, and in the admission of evidence relating to moneys owed by the defendant's firm to local tradesmen. (*People* v. *Smith,* 162 N. Y. 520, 528.) Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Rich, J., concur on the further ground that the evidence failed to establish the guilt of the defendant beyond a reasonable doubt.